tiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 572 F.3d 1271.

───

**No. 09-840. Hardie's Fruit and Vegetable Co. - South, LP, Petitioner v. United States.**

561 U.S. 1025, 130 S. Ct. 3500, 177 L. Ed. 2d 1090, 2010 U.S. LEXIS 5325.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 363 Fed. Appx. 741.

───

**No. 09-870. Amanda Armstrong, et al., Petitioners v. Commonwealth of the Northern Mariana Islands, et al.**

561 U.S. 1025, 130 S. Ct. 3500, 177 L. Ed. 2d 1090, 2010 U.S. LEXIS 5410.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 576 F.3d 950.

───

**No. 09-942. Jasmin Esmeralda Cortez-Urquilla, Petitioner v. Eric H. Holder, Jr., Attorney General.**

561 U.S. 1025, 130 S. Ct. 3501, 177 L. Ed. 2d 1090, 2010 U.S. LEXIS 5424.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

───

**No. 09-976. Philip Morris USA Inc., fka Philip Morris, Inc., Petitioner v. United States, et al.**

**No. 09-977. R.J. Reynolds Tobacco Company, et al., Petitioners v. United States, et al.**

**No. 09-978. United States, Petitioner v. Philip Morris USA Inc., fka Philip Morris, Inc., et al.**

**No. 09-979. Altria Group, Inc., Petitioner v. United States, et al.**

**No. 09-980. British American Tobacco (Investments) Limited, Petitioner v. United States, et al.**

**No. 09-994. Tobacco-Free Kids Action Fund, et al., Petitioners v. Philip Morris USA Inc., fka Philip Morris, Inc., et al.**

**No. 09-1012. Lorillard Tobacco Company, Petitioner v. United States, et al.**

561 U.S. 1025, 130 S. Ct. 3501, 177 L. Ed. 2d 1090, 2010 U.S. LEXIS 5350.

June 28, 2010. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same cases below, 386 U.S. App. D.C. 49, 566 F.3d 1095.